SEYFARTH SHAW LLP
Andrew C. Crane (SBN 285211)
acrane@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90071
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendant
HOMEGOODS, INC.

THE SANTA CLARITA FIRM
Michael T. Harrison (SBN 158983)
Mharrison30@aol.com
25876 The Old Road, #304
Stevenson Ranch, CA 91381
Telephone: (661) 257-2854
Facsimile: (661) 257-3068

Attorney for Plaintiff
MARIA SANTOS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SANTOS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HOMEGOODS, INC.,<br><br>Defendant. | Case No. 2:14-cv-09296-JFW (FFMx)<br><br>**JOINT NOTICE OF SETTLEMENT PURSUANT TO LOCAL RULE 16-15.7**<br><br>*Complaint Filed:* December 3, 2014<br>*Trial Date:* None |

**TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Local Rule 16-15.7, the parties have reached a settlement of the above-entitled action. The parties will file a Request For Dismissal With Prejudice Pursuant to Federal Rule of Civil Procedure 41 within 45 days of the date of this filing.

Pursuant to Local Rule 5-4.3.4(a)(2)(i ), I, Andrew C. Crane, hereby certify that the content of this document is acceptable to Michael T. Harrison, counsel for Plaintiff, and that Mr. Harrison has provided his authorization to affix his electronic signature to this document.

IT IS SO STIPULATED.

DATED: January 29, 2015       SEYFARTH SHAW LLP

By  /s/ Andrew C. Crane
         Andrew C. Crane

Attorneys for Defendant
HOMEGOODS, INC.

DATED: January 29, 2015       THE SANTA CLARITA FIRM

By   /s/ Michael T. Harrison

Attorneys for Plaintiff
MARIA SANTOS